PHILLIP A. TALBERT
United States Attorney
BOBBIE J. MONTOYA
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA 95814-2322
Telephone: (916) 554-2775
Facsimile: (916) 554-2900
Email: Bobbie.Montoya@usdoj.gov

Attorneys for Petitioner United States of America

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Petitioner,<br><br>　　v.<br><br>VIRGINIA M. ELSE,<br><br>　　　　　　　　Respondent. | 2:17-CV-1021-KJM-KJN<br><br>**ORDER TO SHOW CAUSE**<br>**RE: TAX SUMMONS ENFORCEMENT**<br><br>**Date: Thursday, July 27, 2017**<br>**Time: 10:00 a.m.**<br>**Crtm: 25, 8th Floor**<br>**Judge: Honorable Kendall J. Newman** |

　　　　Upon the petition of Phillip A. Talbert, United States Attorney for the Eastern District of California, including the verification of Revenue Officer Hannah L. Thompson, and the Exhibit attached thereto, IT IS HEREBY ORDERED that:

1. Respondent, Virginia M. Else shall appear before United States Magistrate Judge Kendall J. Newman, at the United States Courthouse, 501 I Street, Sacramento, California, Courtroom 25, on **Thursday, July 27, 2017**, to show cause why Respondent should not be compelled to obey the IRS summons issued on May 19, 2016.

2. Under Fed. R. Civ. P. 4(c)(1), the Court hereby appoints the investigating IRS employee, and all federal employees designated by that employee, to serve process in this case.

ORDER TO SHOW CAUSE　　　　　　　　1
RE: TAX SUMMONS ENFORCEMENT

3. To afford the respondent an opportunity to respond to the petition and the petitioner an opportunity to reply, a copy of this order, the Petition and its Exhibits, and the Points and Authorities, shall be served by delivering a copy to the respondent personally, or by leaving a copy at the respondent's dwelling house or usual place of abode with some person of suitable age and discretion then residing therein, or by any other means of service permitted by Fed. R. Civ. P. 4(e), at least 30 days before the show cause hearing date including any continued date, unless such service cannot be made despite reasonable efforts.

4. Proof of any service done under paragraph 3, above, shall be filed with the Clerk on or before **June 27, 2017**.

5. If the federal employee assigned to serve these documents is not reasonably able to serve the papers as provided in paragraph 3, petitioner may request a court order granting leave to serve by other means. See Fed. R. Civ. P. 81(a)(5). The request shall detail the efforts made to serve the respondent.

6. The file reflects a prima facie showing that the investigation is conducted pursuant to a legitimate purpose, that the inquiry may be relevant to that purpose, that the information sought is not already within the Commissioner's possession, and that the administrative steps required by the Code have been followed. See United States v. Powell, 379 U.S. 48, 57-58 (1964). The burden of coming forward therefore has shifted to whoever might oppose enforcement.

7. Respondent shall file and serve any defense or opposition to the Petition to Enforce the IRS Summons at least ten (10) days before the show cause hearing date including any continued date.

8. At the show cause hearing, the Magistrate Judge intends to consider the issues properly raised in opposition to enforcement. Only those issues brought into controversy by the responsive pleadings and supported by affidavit will be considered. Any uncontested allegation in the petition will be considered admitted.

///

///

///

9. If Respondent has no objections to enforcement of the summons, she may file and serve a statement of non-opposition to the Petition at least ten (10) days prior to the show cause hearing date including any continued date. Respondent's appearance at the hearing will then be excused.

IT IS SO ORDERED.

Dated: May 15, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ORDER TO SHOW CAUSE  3
RE: TAX SUMMONS ENFORCEMENT